799 A.2d 750

### Nina VOEGLIE

v.

**Douglas BURGER c/o Qual Med Plans for Health of Pennsylvania, Inc. t/a Comptek and Abington Memorial Hospital and 'Diane Doe' and 'Jane Doe'.**

**Appeal of Qual Med Plans for Health of Pennsylvania, Inc. t/a Comptek.**

Supreme Court of Pennsylvania.

April 26, 2002.

Marcia Berman, for City of Philadelphia, amicus curiae.

John G. Knorr, for Com., amicus curiae.

Richard M. Simins, Philadelphia, for Qual Med Plans for Health of Pennsylvania, Inc. t/a Comptek

Candace Mueller Centeno, for Abington Memorial Hospital.

Frederic Ivan Weinberg, Philadelphia, for Nina Voeglie.

1

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2002, upon consideration of the application of Appellant to discontinue appeal pursuant to Pa.R.A.P.1973(a), it is hereby ORDERED that said application is GRANTED and the appeal discontinued.